[Cite as *State ex rel. Smith v. Calabrese*, 2014-Ohio-2069.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 101189**

# STATE OF OHIO, EX REL.
# RICHARD SMITH

RELATOR

vs.

# CUYAHOGA COUNTY COMMON PLEAS
# JUDGE DEENA R. CALABRESE

RESPONDENT

**JUDGMENT:**
WRIT DENIED

Writ of Mandamus
Motion No. 474270
Order No. 474517

**RELEASE DATE:** May 9, 2014

**FOR RELATOR**

Richard Smith, pro se
#550-616, Grafton Correctional Institution
2500 South Avon-Belden Road
Grafton, Ohio 44044


**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor

By:    James E. Moss
Assistant County Prosecutor
9th Floor Justice Center
1200 Ontario Street
Cleveland, Ohio   44113

EILEEN T. GALLAGHER, J.:

{¶1} Richard Smith has filed a complaint for a writ of mandamus. Smith seeks an order from this court that requires Judge Deena Calabrese to render a ruling with regard to a "motion to correct illegal sentence" filed in *State v. Smith*, Cuyahoga C.P. No. CR-05-469680-A. For the following reasons, we decline to issue a writ of mandamus on behalf of Smith.

{¶2} Smith's request for a writ of mandamus is moot. Attached to Judge Calabrese's motion for summary judgment is a copy of a journal entry, journalized on April 8, 2014, which demonstrates that a ruling has been rendered with regard to the "motion to correct illegal sentence." Thus, Smith is not entitled to a writ of mandamus. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 658 N.E.2d 723 (1996); *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

{¶3} Accordingly, we grant Judge Calabrese's motion for summary judgment. Costs to Judge Calabrese. Costs waived. The court directs the clerk of court to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶4} Writ denied.


EILEEN T. GALLAGHER, JUDGE

MARY J. BOYLE, A.J., and
PATRICIA ANN BLACKMON, J., CONCUR
*#101189 - State Ex. Rel., Richard Smith v. Cuyahoga County Common Pleas Judge Deena R. Calabrese*